UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 13-4177 (MAH) |
| v. | SEALING ORDER |
| OMAR SPRINGER | |
| and | |
| TERRELL BALLARD | |

This matter having come before the Court upon the application of the United States of America (Francisco J. Navarro, Assistant United States Attorney, appearing), for arrest warrants, and the concurrent application that the complaint filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 25th day of July, 2013,

ORDERED that, except for such copies of arrest warrants as are necessary to accomplish its purpose, the complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrants are executed or until further order of the Court.

Hon. Michael A. Hammer
United States Magistrate Judge